UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SHANGHAI OURUN INTERNATIONAL
LOGISTICS CO, LTD.,

        Plaintiff,

vs.          Case No.  3:12-cv-284-J-MCR

TREY BAKER, et al.,

        Defendants.
_____/

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion to Compel Discovery Responses (Doc. 50) filed September 21, 2012.  In the Motion, Plaintiff seeks an Order compelling Defendants to respond to its Request for Production and Interrogatories.  To date, no response has been filed.

Motions to compel disclosures and other discovery under Rule 37(a) are committed to the sound discretion of the trial court.  Commercial Union Insurance Co. v. Westrope, 730 F.2d 729, 731 (11th Cir. 1984).  The trial court's exercise of discretion regarding discovery orders will be sustained absent a finding of abuse of that discretion to the prejudice of a party.  See Westrope, 730 F.2d at 731.

The overall purpose of discovery under the Federal Rules is to require the disclosure of all relevant information so that the ultimate resolution of disputed issues in any civil action may be based on a full and accurate understanding of the true facts.  See United States v. Proctor & Gamble Co., 356 U.S. 677, 682, 78 S.Ct. 983, 986-87

-1-

(1958). Discovery is intended to operate with minimal judicial supervision unless a dispute arises and one of the parties files a motion requiring judicial intervention. Furthermore, "[d]iscovery in this district should be practiced with a spirit of cooperation and civility." Middle District Discovery (2001) at 1.

As Defendants failed to file a response to the instant Motion, the Court must assume they have not yet responded to the discovery. A review of the discovery requests convinces the Court the information sought is relevant and as Defendants have failed to object to any of the requests, the Court will grant the instant Motion. Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Compel Discovery Responses (Doc. 50) is **GRANTED**. Defendants are directed to respond to the discovery requests no later than **Tuesday, October 16, 2012.**

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  9th  day of October, 2012.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record